JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| ROBERT WAYNE HARRIS, | Case No. 5:20-cv-00315-JVS (JDE) |
|---|---|
| Petitioner, | JUDGMENT |
| v. | |
| SAN BERNARDINO, | |
| Respondent. | |

Pursuant to the Order Dismissing Petition,

IT IS ORDERED, ADJUDGED, AND DECREED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: April 07, 2020

JAMES V. SELNA
United States District Judge